1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD LABOW,

        Plaintiff,

 v.

TEXTAINER FINANCIAL,

        Defendant.

                      /

No. C 05-02328 JSW

**ORDER DISCONTINUING
SERVICE BY MAIL**

     In reviewing the file, it appears that counsel have failed to register for electronic service in this E-filing case.  The Court will no longer serve these counsel by mail.  If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

**IT IS SO ORDERED.**

Dated: June 10, 2005

                           /s/
                      JEFFREY S. WHITE
                      UNITED STATES DISTRICT JUDGE