TERRY M. GORDON – SBN 75604
JANET MORGAN – SBN 74805
CLAUSEN LAW GROUP
1160 Brickyard Cove Road, Suite 201
Point Richmond, CA  94801
Telephone:     (510) 234-5155
Facsimile:      (510) 234-4578

And

JOHN G. JACOBS (Pro Hac Vice)
BRYAN G. KOLTON (Pro Hac Vice)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone:     (312) 427-4000
Facsmile:       (312) 427-1850

Attorneys for TEXTAINER DEFENDANTS
and JOHN A MACCARONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C 05-00969-MMC  CLASS ACTION  [~~PROPOSED~~] ORDER DETERMINING *LABOW V. TEXTAINER FINANCIAL SERVICES CORPORATION,* et al., IS RELATED; AND CONSOLIDATING SAID CASE INTO C 05-00969 MMC |
| This Document Relates To: ALL ACTIONS and C 05-02328-JSW | |

Upon consideration of the Motion of the Textainer Defendants and John A. Maccarone for

Administrative Relief to Determine (1) Whether *Labow v. Textainer Financial Services*

- 1 -

[~~PROPOSED~~] ORDER RE ADMINISTRATIVE RELIEF                    Case No.  C 05-00969 MMC

- 2 -

*Corporation, et al.,* No. C 05-02328-JSW Should Be Deemed Related And (2) Non-Applicability of F.R.C.P. Rule 81(c) to *Labow*, it is hereby Ordered as follows:

Pursuant to Paragraph 7 of this Court's Order of April 22, 2005, *Labow v. Textainer Financial Services Corporation, et al.*, No C 05-02328-JSW, removed to this Court on June 9, 2005, is hereby determined to be related within the meaning of Civil L.R. 3-12(a). and pursuant to Paragraph 2 of this Court's April 22, 2005 Order it is hereby consolidated into Civil Action No. C 05-00969-MMC.

Dated: June 17, 2005

BY THE COURT:

APPROVED
Judge Maxine M. Chesney

_____
Maxine M. Chesney
United States District Judge